# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re: RBSF Construction Co  
Debtor

Case No: _____

Chapter: ____11____

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __N/A__.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets          $ __115,050.00__

   b. Total debts (including debts listed in 2.c., below)   $ __35,079.06 (plus taxes)__

   c. Debt securities held by more than 500 holders

   N/A

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____

   d. Number of shares of preferred stock      _____
   e. Number of shares common stock            _____

   Comments, if any: _____

3. Brief description of debtor's business: __General Construction__

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Garvin Donaghy