# United States Bankruptcy Court

Eastern District Of Pennsylvanua

In re **RBSF CONSTRUCTION COMPANY**,

Debtor

Text

Case No. _____

Chapter 11

## STATEMENT BY DEBTOR IN POSSESSION PURSUANT TO 11 USC § 1116 (1)(B)

I Garvin Donaghy, an authorized officer of Debtor in Possession, RBSF Construction Co, do hereby state, under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed

Date 01/20/2022

_Garvin Donaghy_