# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **RBSF CONSTRUCTION COMPANY**                                    Case No.    **22-10137-mdc**
Debtor(s)                                                                Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Garvin Donaghy<br>3 E. Spring Oak Circle<br>Media, PA 19063 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of myinformation and belief.

Date  **February 2, 2022**                            Signature  **/s/ Garvin Donaghy**
                                                                 **Garvin Donaghy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.