# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **RBSF CONSTRUCTION COMPANY** | Case No. | **22-10137** |
| Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RBSF Construction Company** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ **NONE**

| | |
|---|---|
| **February 2, 2022** | **/s/ Paul A.R. Stewart, Esquire** |
| Date | **Paul A.R. Stewart, Esquire 307997** |
| | Signature of Attorney or Litigant |
| | Counsel for **RBSF Construction Co** |
| | Helm Legal Services, LLC |
| | 333 E. Lancaster Avenue, Suite 140 |
| | Wynnewood, PA 19096 |
| | 610-864-5600 |
| | pstewart@legalhelm.com |